No. 98–7414. TRUETT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7416. URIAS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7417. WILLIAMS *v.* CUOMO, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. 7th Cir. Certiorari denied.

No. 98–7421. VALENCIA-AYALA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7423. CRAFT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7424. BELTRAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7426. HENRIQUES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7428. HUNTER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7429. DILLON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7431. GARDNER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7432. EVANS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7433. FEIST *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7434. HAYES *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7436. RYAN *v.* DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.